UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2025-CR-80216-Middlebrooks/Matthewman

18 U.S.C. § 1594(c)
18 U.S.C. § 1591
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252A(a)(5) & (b)(2)
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 2253



FILED BY _____ D.C

DEC 18 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. WPB.

UNITED STATES OF AMERICA

vs.

ANTONIO MICHEL,
RAYMOND JEAN, and
JAIME FIGUEROA,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Sex Trafficking of Minor Victim 1
### (18 U.S.C. § 1594(c))

On or about March 2, 2025, in Palm Beach County, in the Southern District of Florida, the

defendants,

**ANTONIO MICHEL and
RAYMOND JEAN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury, to knowingly recruit, entice, harbor,

transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 1,

knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe

Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c); all in violation of Title 18, United States Code, Section 1594(c).

### COUNT 2
### Sex Trafficking of Minor Victim 1
### (18 U.S.C. § 1591)

On or about March 2, 2025, in Palm Beach County, in the Southern District of Florida, the defendants,

### ANTONIO MICHEL and
### RAYMOND JEAN,

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 1, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c) and 2.

### COUNT 3
### Conspiracy to Commit Sex Trafficking of Minor Victim 2
### (18 U.S.C. § 1594(c))

From on or about March 2, 2025, through on or about March 4, 2025, in Palm Beach County, in the Southern District of Florida, the defendants,

### ANTONIO MICHEL and
### RAYMOND JEAN,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly recruit, entice, harbor,

transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 2, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 2, that Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 4
### Sex Trafficking of Minor Victim 2
### (18 U.S.C. § 1591)

From on or about March 2, 2025, through on or about March 4, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ANTONIO MICHEL,**
**RAYMOND JEAN, and**
**JAIME FIGUEROA,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 2, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 2, that Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c) and 2.

3

### COUNT 5
### Conspiracy to Commit Sex Trafficking of Minor Victim 3
### (18 U.S.C. § 1594(c))

From on or about March 2, 2025, through on or about March 4, 2025, in Palm Beach County, in the Southern District of Florida, the defendants,

### ANTONIO MICHEL and
### RAYMOND JEAN,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 3, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 3, that Minor Victim 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c); all in violation of Title 18, United States Code, Section 1594(c).

### COUNT 6
### Sex Trafficking of Minor Victim 3
### (18 U.S.C. § 1591)

From on or about March 2, 2025, through on or about March 4, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

### ANTONIO MICHEL,
### RAYMOND JEAN, and
### JAIME FIGUEROA,

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, Minor Victim 3, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 3, that Minor Victim 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and

4

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c) and 2.

## COUNT 7
### Production of Child Pornography
### (18 U.S.C. § 2251)

On or about February 24, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

### JAIME FIGUEROA,

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8
### Possession of Child Pornography
### (18 U.S.C. § 2252A(a)(5)(B) & (b)(2))

On or about April 7, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

### JAIME FIGUEROA,

knowingly possessed child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined in Title 18, United States Code, Section 2256(8), all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

5

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ANTONIO MICHEL, RAYMOND JEAN, and JAIME FIGUEROA,** have an interest.

2.      Upon conviction of a violation of, or a conspiracy to commit a violation of, Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1594(d)(1) and (2), the following:

(a)     Any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(b)     Any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

3.      Upon a conviction of Title 18, United States Code, Sections 2251 or 2252A, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape,

or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c)     any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

All pursuant to Title 18, United States Code, Sections 1594 and 2253(a), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Sections 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

CASE NO.: 2025-CR-80216-Middlebrooks/Matthewman

v.
ANTONIO MICHEL,
RAYMOND JEAN, and
JAIME FIGUEROA,                                    /
             Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Creole (Michel and Jean)

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑  0 to 5 days
   II  ☐  6 to 10 days
   III ☐  11 to 20 days
   IV ☐  21 to 60 days
   V  ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of 7/17/2025 (Michel), 3/27/2025 (Jean), 4/7/2025 (Figueroa)

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
**ALEXANDRA CHASE**
Assistant United States Attorney
SDFL Court ID No.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  ANTONIO MICHEL

**Case No**: 2025-CR-80216-Middlebrooks/Matthewman

Counts #: 1, 3, 5,

Conspiracy to commit sex trafficking of a minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Counts #: 2, 4, 6

Sex trafficking of a minor

18 U.S.C. § 1591(a)(1), (b)(2), (c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: RAYMOND JEAN

**Case No**: 2025-CR-80216-Middlebrooks/Matthewman

Counts #: 1, 3, 5

Conspiracy to commit sex trafficking of a minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Counts #: 2, 4, 6

Sex trafficking of a minor

18 U.S.C. § 1591(a)(1), (b)(2), (c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAIME FIGUEROA

**Case No**: 2025-CR-80216-Middlebrooks/Matthewman

Counts #: 4, 6

Sex trafficking of a minor

18 U.S.C. § 1591(a)(1), (b)(2), (c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #: 7

Production of a visual depiction involving the sexual exploitation of a minor

18 U.S.C. § 2251(a) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #: 8

Possession of child pornography involving a prepubescent minor

18 U.S.C. § 2252A(a)(5) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**