UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-80216-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

ANTONIO MICHEL,
       Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender, through undersigned counsel, request this Court to terminate its appointment as counsel for Defendant, Antonio Michel, and as grounds for this request would state as follow:   Defendant has hired Robert David Malove, Esquire, 200 SE 9th Street, Fort Lauderdale, Florida   33316, to represent him in the above-captioned matter; and said counsel has filed a Notice of Appearance As Counsel of Record with the Court.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

*s/ Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@fd.org

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry