**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NUMBER 25-CR-80216-DMM**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   **Plaintiff** | ) ) |
| | ) |
| **vs.** | ) |
| | ) |
| **JAIME FIGUEROA**   **Defendant.** | ) ) |

---------------------------------------------------

### MOTION TO CONTINUE TRIAL DATE

COMES NOW, the Defendant, Jaime Figueroa, and hereby files this Motion to Continue the Calendar Call Date scheduled for March 4, 2026 and the Trial Date currently scheduled for March 9, 2026. In support of this motion, the Defendants states as follows:

1.  The Defendant in this case are charged with various counts of sex trafficking of a minor, production of child pornography, and possession of child pornography. He is currently detained at the Palm Beach County Jail.

2.  Undersigned counsel was appointed on this case on January 7, 2026. The Court issued its scheduling order on January 12, 2026. The Government provided a discovery response on January 28, 2026 via USAfx.

3.  Since undersigned counsel was appointed on this case, she has been in two jury trials. Undersigned counsel was in trial before Judge Smith in Fort Lauderdale on January 12, 2026 and January 13, 2026 and in trial before Judge Bloom in Miami on January 27, 2026, January 28, 2026, January 29, 2026, February 4, 2026, February 5, 2026, and February 6, 2026.

4. Undersigned counsel started feeling sick over the weekend end of February 7-8, 2026. It turns out that undersigned counsel caught COVID from her client during the last trial and tested positive on February 9, 2026.

5. Also on February 9, 2026, the US Attorney provided a plea offer with a deadline of Friday, February 13, 2026 at 5:00pm. She indicated that because of the upcoming trial schedule this deadline could not be extended.

6. Undersigned counsel has not had a meaningful opportunity to review the discovery and will not have an opportunity to do so with the Defendant prior to the plea deadline. Undersigned counsel will also not be able to discuss the plea with the Defendant which includes a substantial mandatory minimum sentence.

7. Undersigned counsel has spoken with counsel for Raymond Jean and she indicated that Mr. Jean joins in this continuance. She relayed that she received discovery the first week of February via mail after having difficulties obtaining it electronically. She further relayed that because Mr. Jean does not speak English, her visits with him require coordination with the Creole Interpreter.

8. Undersigned counsel spoke with an associate attorney of counsel for Mr. Antonio Michel who indicated that Mr. Michel does not join in this continuance. Mr. Michel's counsel represented him in a related state court case and received the discovery months ago.

9. Undersigned counsel spoke with AUSA Shannon Darsch who indicated that she does not oppose this request for a continuance.

10. The Defendant is seeking a 45 day continuance to allow undersigned counsel to adequately review, prepare, and discuss the case with the Defendant. Undersigned counsel is also

respectfully requesting that the Court extend the plea deadline, the deadline for acceptance of responsibility, and any other deadlines outlined in the scheduling order.

11. The Defendant hereby waives speedy trial to any reset date. Furthermore, the Defendant affirms that the time period of this continuance is also excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(a) as it serves the ends of justice. The ends of justice served by taking this action outweigh the interest of the parties and the public in a speedy trial.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an order continuing the currently scheduled calendar call and trial dates.

RESPECTFULLY SUBMITTED,
The Sofia Law Firm, PA
3313 W Commercial Blvd Ste 190
Fort Lauderdale, FL 33309
Tel: 954-478-5881
fairuze@fairuzesofia.com

/s/ *Fairuze Sofia*
FAIRUZE SOFIA, ESQ
Attorney for Defendant Jaime Figueroa
Florida Bar # 57354

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Fairuze Sofia*
Fairuze Sofia