## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-80216-CR-DMM

**UNITED STATES OF AMERICA**

vs.

**ANTONIO MICHEL,**

**Defendant.**

_____/

### FACTUAL PROFFER

The United States of America and the defendant, ANTONIO MICHEL ("MICHEL"), hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

1. On March 1, 2025, all three minor victims left their group foster residence in Boynton Beach, Florida, where they lived. Minor Victim 3 was dating JAIME FIGUEROA, and the minor victims hitchhiked to FIGUEROA's trailer in Boynton Beach, where they stayed the night. While there, FIGUEROA gave the minor victims marijuana and crack cocaine. FIGUEROA then proceeded to have sex with Minor Victim 3 in front of Minor Victim 2.

2. On March 2, 2025, the three minor victims left the trailer together and went to a nearby convenience store, the Rainbow City Food Store, located at 1919 North Seacrest Boulevard, Boynton Beach. Minor Victim 2 indicated Minor Victim 3 approached a white pickup truck, driven by ANTONIO MICHEL and in which RAYMOND JEAN was a passenger. Although MICHEL and JEAN both speak Creole and only speak limited English, Minor Victim 3 was able to communicate with them. Minor Victim 2 overheard Minor Victim 3 tell them, "We will do stuff

for money." The minor victims got in the truck, and MICHEL and JEAN transported the minor victims to the Stay Inn Motel, 614 N.E. 8th Avenue, Boynton Beach. Minor Victim 2 stated that MICHEL asked the three minor victims how old they were, and Minor Victim 2 told them "16 years old." According to Minor Victim 2, the males seemed excited about her age but said they didn't want trouble. Minor Victim 3 got mad at Minor Victim 2 for telling them her age, and sent Minor Victim 2 into the room behind JEAN and told her, "Go fuck this guy." Records confirm that MICHEL rented two rooms on March 2, 2025 for $113. While at the Stay Inn, MICHEL had sex with Minor Victim 1 (no condom), for which he paid her $100 ($50 before and $50 after). Minor Victim 1 reported in her interview that she told MICHEL she was 17 and he said," No good," but continued to undress her. Minor Victim 1 also reported that Minor Victim 3 snatched the $100 from her hand after the sex acts were done.

3.      JEAN had sex with Minor Victim 2 with a condom in the second motel room. Minor Victim 2 saw JEAN give Minor Victim 3 cash. Minor Victim 3 stated that she collected the money from the commercial sex dates and gave most of the cash proceeds directly to FIGUEROA. Using JEAN's phone, Minor Victim 3 called FIGUEROA, who came to the Stay Inn and met the three minor victims. At some point, according to Minor Victim 2, MICHEL also gave Minor Victim 3 a burner phone to stay in touch.

4.      Ultimately the three minor victims left the Stay Inn motel room (still on March 2, 2025), JEAN, who was driving a white SUV, saw the minor victims at a bus stop near the Stay Inn. JEAN picked them up and gave them a ride to the Wellington Mall. The minor victims shopped and used the money they had earned from FIGUEROA, MICHEL, and JEAN. At some point, Minor Victim 1 decided she had had enough and left the group.

5.      Minor Victims 2 and 3 called MICHEL using the burner phone (who had given them his business card to stay in touch), and he picked them up at the Wellington Mall, along with JEAN. CCTV footage includes the minor victims shopping in the mall, JEAN dropping them off in the SUV, and MICHEL picking them up in his truck.

6.      After picking up Minor Victims 2 and 3, MICHEL and JEAN took them to the Tiki Hut Hotel, 911 Federal Highway, Boynton Beach, Florida. Records from the Tiki Hut confirm that MICHEL rented a room in cash on March 2, 2025 for $130. All of the sexual encounters with the minor victims were reported by the minor victims as having taking place in exchange for providing money or motel rooms for the night. At the Tiki Hut, according to Minor Victim 2, she and Minor Victim 3 had a threesome with MICHEL, after which Minor Victim 3 collected the money. According to Minor Victim 2, MICHEL left a hickey on her neck, and Minor Victim 3 began to argue for more cash. After MICHEL and JEAN left, the minor victims again called FIGUEROA to come join them. According to Minor Victim 2, FIGUEROA collected part of the cash and used it to buy crack cocaine, which he shared with Minor Victims 2 and 3. Minor Victim 2 indicated FIGUEROA knew her age because he said, "I just don't want to go to jail."

7.      After leaving the Tiki Hut on March 2, 2025, the minor victims called MICHEL again on March 3, 2025, and he rented a room at the Barefoot Mailman Inn and Suites, 138 South Dixie Highway, Lantana, Florida. Records from the Barefoot Mailman confirm that MICHEL rented one room using his Visa card for $161.17. The motel clerk also took a picture of MICHEL's driver's license. MICHEL and Minor Victim 3 went to get food, while Minor Victim 2 and JEAN stayed at the room to have sex. After returning, MICHEL had sex with Minor Victim 3.

8.      Both Minor Victims 2 and 3 independently told law enforcement that they gave most of the money collected from the commercial sex acts to FIGUEROA. Minor Victim 3 also

used MICHEL's phone to contact FIGUEROA and was overheard by others, including MICHEL, giving direction on how much money to ask for and how to direct the dates. FIGUEROA was overheard directing Minor Victim 3 to make sure the motel room was paid for through the rest of the night on March 3 to March 4, 2025, so he could come over. Both Minor Victims 2 and 3 told law enforcement that FIGUEROA used some of the money collected to pay for his power bill.

9.      MICHEL confirmed in an out-of-custody interview that he was approached by the minor victims for money outside of the Rainbow City Food Store, and after he returned with cash, the minor victims got in his truck and asked for a ride. Once inside, they solicited him for sex in exchange for money. He took them to the Stay Inn and rented two rooms. MICHEL confessed that he paid Minor Victim 1 $80 in exchange for sex and did not use a condom.

10.     MICHEL admitted to picking up Minor Victims 2 and 3 from the Wellington Mall after JEAN had dropped them off. MICHEL had given them his business card so they could remain in contact. He admitted that he had taken pictures of Minor Victims 2 and 3 on his phone.

11.     MICHEL admitted that the minor victims called him again on March 3, 2025, and he rented the third hotel room at the Barefoot Mailman. He admitted that he had sex with Minor 3.

12.     After giving this statement, MICHEL fled the country. He first went to Canada. He was ultimately apprehended when he tried to enter the Dominican Republic.

13.     After FIGUEROA was arrested but before he had his initial appearance, he used his jail call to call law enforcement. The law enforcement agent reminded him that he had previously been advised of his *Miranda* rights and that FIGUEROA's statements could be used against him. FIGUEROA claimed that Minor Victim 3 told him she was 19. He admitted to having had sexual intercourse with her on numerous previous occasions, with and without condoms. He

4

would not admit to having sex with Minor Victim 3 in front of her friends and claimed that never happened. He admitted to having met up with Minor Victim 3 and her friend one time at a motel in Lantana. At the hotel, he admitted that he and Minor Victim 3 had sex, FIGUEROA admitted Minor Victim 3 had met his mother and that Minor Victim 3 never had a phone. FIGUEROA admitted that Minor Victim 3's "friends told me their real ages." FIGUEROA claimed he confronted Minor Victim 3 – "Why would you bring them?" He admitted that he smoked crack cocaine with Minor Victim 3. He admitted that Minor Victim 3 gave him money.

14.     Internal vaginal swabs were obtained from Minor Victims 1 and 2 on March 5, 2025. Minor Victim 3 was not swabbed. The standards were obtained via search warrant from MICHEL and JEAN. The results indicated the following:

- Minor Victim 2: Strong Support (2E22)for Raymond JEAN
- Minor Victim 1: Strong Support (9E30) for Antonio Michel

15.     Law enforcement obtained state search warrants for two of MICHEL's devices and one device each from FIGUEROA and JEAN. On MICHEL's Samsung S24 Ultra cellular device there is a photo of MICHEL with Minor Victims 2 and 3 seated in the backseat of his white 2025 GMC truck. There are also two videos where JEAN is driving and MICHEL is in the passenger seat. During one of the videos, Minor Victims 2 and 3 are seen smoking and passing what appears to be a marijuana cigarette.

16.     On FIGUEROA's device, there are text message threads between FIGUEROA and his mother (Angelita Alaniz), but Minor Victim 3 admits she was using the phone, as she would to contact FIGUEROA. The messages include:

Minor Victim 3:        This girl is missing [sic] me off

| | |
|---|---|
| FIGUEROA: | Yea but u need her |
| Minor Victim 3: | Im about to send her to sunrise |
| FIGUEROA: | No u need her around |
| Minor Victim 3: | To get kidnapped |
| FIGUEROA: | She's your hustle |
| | Keep her close an happy |
| | She's the play |
| Minor Victim 3: | Yeah okay I guess but she not really nonthing [sic] |
| FIGUEROA: | Keep her she needs 2 Keep buddy happy |
| | Just keep hee [sic] happy n keeping buddy entertained |
| | If there's money to be made with him Keep him happy n She's the that lol |

17.     All three minor victims were presented photo arrays, one for each defendant. Minor Victim 2 identified all three defendants, FIGUEROA, MICHEL, and JEAN. Minor Victim 1 was presented separate arrays including MICHEL and FIGUEROA, respectively. Minor Victim 1 identified FIGUEROA but failed to identify MICHEL. Minor Victim 3 identified MICHEL and FIGUEROA.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/4/2(                    By: _____
                                    SHANNON O'SHEA DARSCH
                                    ASSISTANT UNITED STATES ATTORNEY

Date: ~~XXXX~~                  By: _____
        2-16-26                     ROBERT DAVID MALOVE
                                    COUNSEL FOR DEFENDANT

Date: 2-1F-26                   By: _____
                                    ANTONIO MICHEL
                                    DEFENDANT

7