UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80216-CR-DMM

UNITED STATES OF AMERICA

vs.

RAYMOND JEAN,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the defendant, RAYMOND JEAN ("JEAN"), hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

1.      On March 2, 2025,  three minor victims left JAIME FIGUEROA's trailer together and went to a nearby convenience store, the Rainbow City Food Store, located at 1919 North Seacrest Boulevard, Boynton Beach. Minor Victim 2 indicated Minor Victim 3 approached a white pickup truck, driven by ANTONIO MICHEL and in which JEAN was a passenger. Although MICHEL and JEAN both speak Creole, Minor Victim 3 was able to communicate with them. Minor Victim 2 overheard Minor Victim 3 tell them, "We will do stuff for money." The minor victims got in the truck, and MICHEL and JEAN transported the minor victims to the Stay Inn Motel, 614 N.E. 8th Avenue, Boynton Beach. Records confirm that MICHEL rented two rooms on March 2, 2025 for $113.

2.      JEAN had sex with Minor Victim 2 with a condom in the second motel room. Minor Victim 2 saw JEAN give Minor Victim 3 cash.

3.      Ultimately the three minor victims left the Stay Inn motel room (still on March 2, 2025), JEAN, who was driving a white SUV, saw the minor victims at a bus stop near the Stay Inn. JEAN picked them up and gave them a ride to the Wellington Mall. The minor victims shopped and used the money they had received from FIGUEROA, MICHEL, and JEAN.

4.      Minor Victim3 called MICHEL using the burner phone (who had given them his business card to stay in touch), and he picked them up at the Wellington Mall, along with JEAN. CCTV footage includes the minor victims shopping in the mall, JEAN dropping them off in the SUV, and MICHEL picking them up in his truck.

5.      After picking up Minor Victims 2 and 3, MICHEL and JEAN took them to the Tiki Hut Hotel, 911 Federal Highway, Boynton Beach, Florida. Records from the Tiki Hut confirm that MICHEL rented a room in cash on March 2, 2025 for $130. All of the sexual encounters with the minor victims were reported by the minor victims as having taking place in exchange for providing money or motel rooms for the night.

6.      After leaving the Tiki Hut on March 2, 2025, the minor victims called MICHEL again on March 3, 2025, and he rented a room at the Barefoot Mailman Inn and Suites, 138 South Dixie Highway, Lantana, Florida. Records from the Barefoot Mailman confirm that MICHEL rented one room using his Visa card for $161.17. The motel clerk also took a picture of MICHEL's driver's license. MICHEL and Minor Victim 3 went to get food, while Minor Victim 2 and JEAN stayed at the room to have sex. After returning, MICHEL had sex with Minor Victim 3.

7.      JEAN agreed to be interviewed when law enforcement executed a search warrant for his DNA standard. JEAN was advised of his *Miranda* rights prior to beginning the interrogation, and he agreed to talk. JEAN admitted to having sex with Minor Victim 2.

2

8.      Internal vaginal swabs were obtained from Minor Victims 1 and 2 on March 5, 2025. Minor Victim 3 was not swabbed. The standards were obtained via search warrant from MICHEL and JEAN. The results indicated the following:

- Minor Victim 2: Strong Support (2E22)for Raymond JEAN
- Minor Victim 1: Strong Support (9E30) for Antonio Michel

9.      Law enforcement obtained state search warrants for two of MICHEL's devices and one device each from FIGUEROA and JEAN. On MICHEL's Samsung S24 Ultra cellular device there is a photo of MICHEL with Minor Victims 2 and 3 seated in the backseat of his white 2025 GMC truck. There are also two videos where JEAN is driving and MICHEL is in the passenger seat. During one of the videos, Minor Victims 2 and 3 are seen smoking and passing what appears to be a marijuana cigarette.

10.     All three minor victims were presented photo arrays, one for each defendant. Minor Victim 2 identified all three defendants, FIGUEROA, MICHEL, and JEAN.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3|4|26          By:      _Shann Olha Daunch_
                              SHANNON O'SHEA DARSCH
                              ASSISTANT UNITED STATES ATTORNEY

Date: 3/4/26          By:      _____
                              SARAH KLEIN MAYA
                              COUNSEL FOR DEFENDANT

Date: 3/4/26          By:      _Sean Raymond_
                              RAYMOND JEAN
                              DEFENDANT

3