UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80216-CR-DMM

UNITED STATES OF AMERICA

vs.

JAIME FIGUEROA,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and the defendant, JAIME FIGUEROA ("FIGUEROA"), hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

1.      On March 1, 2025, three minor victims left their group foster residence in Boynton Beach, Florida, where they lived. Minor Victim 3 was dating FIGUEROA, and the minor victims hitchhiked to FIGUEROA's trailer in Boynton Beach, where they stayed the night. While there, FIGUEROA gave the minor victims marijuana. FIGUEROA then proceeded to have sex with Minor Victim 3.

2.      On March 2, 2025, the three minor victims left the trailer together and went to a nearby convenience store, the Rainbow City Food Store, Boynton Beach. As alleged by Minor Victim 2, she indicated Minor Victim 3 approached a truck, driven by ANTONIO MICHEL and in which RAYMOND JEAN was a passenger and JEAN transported the minor victims to the Stay Inn Motel, Boynton Beach. According to the minor victims, they reported that, while at the Stay Inn, MICHEL had sex with Minor Victim 1, and JEAN had sex with Minor Victim 2.

3.      Minor Victim 3 stated that she collected money from commercial sex dates and gave most of the cash proceeds directly to FIGUEROA. Using JEAN's phone, Minor Victim 3 called FIGUEROA, who came to the Stay Inn and met the three minor victims.

4.      On March 2, 2025, the minor victims reported that they went to the Tiki Hut Hotel, Boynton Beach, Florida. According to Minor Victim 2, at the Tiki Hut, she and Minor Victim 3 had a threesome with MICHEL, after which Minor Victim 3 collected money for the sexual act. Thereafter, the minor victims again called FIGUEROA to come join them. According to Minor Victim 2, FIGUEROA collected part of the cash the minor victims received for the sexual encounters. Minor Victim 2 further indicated FIGUEROA knew her age because he said, "I just don't want to go to jail."

5.      Both Minor Victims 2 and 3 independently told law enforcement that they gave most of the money collected from the commercial sex acts to FIGUEROA. Minor Victim 3 also used MICHEL's phone to contact FIGUEROA and was overheard by others, including MICHEL, giving direction on how much money to ask for and how to direct the dates. FIGUEROA was overheard directing Minor Victim 3 to make sure the motel room was paid for through the rest of the night on March 3 to March 4, 2025, so he could come over. Both Minor Victims 2 and 3 told law enforcement that FIGUEROA used some of the money collected to pay for his power bill.

6.      After FIGUEROA was arrested but before he had his initial appearance, he used his jail call to call law enforcement. The law enforcement agent reminded him that he had previously been advised of his *Miranda* rights and that FIGUEROA's statements could be used against him. FIGUEROA claimed that Minor Victim 3 told him she was 19. He admitted to having had sexual intercourse with her on numerous previous occasions, with and without condoms. He would not admit to having sex with Minor Victim 3 in front of her friends and claimed that never happened. He admitted to having met up with Minor Victim 3 and her friend one time at a motel in Lantana. At the hotel, he admitted that he and Minor Victim 3 had sex, FIGUEROA admitted Minor Victim 3 had met his mother and that Minor Victim 3 never had a phone. FIGUEROA admitted that Minor Victim 3's "friends told me their real ages." FIGUEROA claimed he confronted Minor Victim 3 – "Why would you bring them?" He admitted that he smoked crack cocaine with Minor Victim 3. He admitted that Minor Victim 3 gave him money.

2

7. On FIGUEROA's device, there are text message threads between FIGUEROA and his mother (Angelita Alaniz), but Minor Victim 3 admits she was using the phone, as she would to contact FIGUEROA. The messages include:

| | |
|---|---|
| Minor Victim 3: | This girl is missing [sic] me off |
| FIGUEROA: | Yea but u need her |
| Minor Victim 3: | Im about to send her to sunrise |
| FIGUEROA: | No u need her around |
| Minor Victim 3: | To get kidnapped |
| FIGUEROA: | She's your hustle |
| | Keep her close an happy |
| | She's the play |
| Minor Victim 3: | Yeah okay I guess but she not really nonthing [sic] |
| FIGUEROA: | Keep her she needs 2 Keep buddy happy |
| | Just keep hee [sic] happy n keeping buddy entertained |
| | If there's money to be made with him Keep him happy n She's the that lol |

8. All three minor victims were presented photo arrays, one for each defendant. Minor Victim 2 identified all three defendants, FIGUEROA, MICHEL, and JEAN. Minor Victim 1 was presented separate arrays including MICHEL and FIGUEROA, respectively. Minor Victim 1 identified FIGUEROA but failed to identify MICHEL. Minor Victim 3 identified MICHEL and FIGUEROA.

9. On April 7, 2025, FIGUEROA was arrested. FIGUEROA's phone was seized on that date. A search pursuant to a search warrant revealed 102 videos depicting child sexual abuse material ("CSAM"). Multiple videos depicted prepubescent children. One video depicted a prepubescent child (approximately 5-6 years of age) while an adult male forces his erect penis into the child's mouth repetitively. Another video has a red slash over it advising no one in the video would be over 18.

10.     One of the videos is a twenty-three-second video depicting Minor Victim 3 bending over, wearing the same brown shorts depicted in other videos of Minor Victim 3 on FIGUEROA's device. The video then depicts FIGUEROA penetrating Minor Victim 3's vagina with his erect penis. The video is time-stamped at 0452 UTC on February 24, 2025. At 0447 UTC on that same date, FIGUEROA sent a message saying he was at home, which is in Boynton Beach, in Palm Beach County. FIGUEROA also made payments at Rainbow City Food Store in Boynton Beach on February 23, 2025, and February 25, 2025.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/13/26          By:     _____
                               SHANNON O'SHEA DARSCH
                               ASSISTANT UNITED STATES ATTORNEY

Date: 3/13/2026        By:     _____
                               FAIRUZE MOHAMED SOFIA
                               COUNSEL FOR DEFENDANT

Date: 3-13-26          By:     _____
                               JAIME FIGUEROA
                               DEFENDANT